**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

v.                                                                                  CASE NO:

ELITE PROTECTION, LLC,
BILLY BOURCIQUOT, and
EDUARDO A. GONZALEZ
GOTERA

    Defendants.

_____/

**COMPLAINT FOR DECLARATORY RELIEF**

NAUTILUS INSURANCE COMPANY ("Nautilus") files suit against ELITE PROTECTION, LLC ("Elite Protection"), BILLY BOURCIQUOT, and EDUARDO A. GONZALEZ GOTERA, and in support alleges:

**NATURE OF THE ACTION**

1. This is an action under 28 U.S.C. § 2201 for a declaration that an insurance policy's Assault Or Battery Limited Liability Coverage endorsement applies to a lawsuit involving a bouncer who criminally battered a nightclub patron, among others.

**JURISDICTION AND VENUE**

2. Jurisdiction exists under 28 U.S.C. § 1332 because there is complete diversity of citizenship between plaintiff and defendants. The amount in controversy exceeds $75,000 exclusive of attorney's fees, interest, and costs. All the demands to settle to Nautilus have been exponentially greater than $75,000.

3. Venue is proper in this district because Nautilus issued and delivered the insurance policy in this district, Elite Protection has its principal place of business in this district, the

underlying lawsuit is pending in this district, and a "substantial part of the events … giving rise to the claim occurred in this district." *See* 28 U.S.C. § 1391(b)(2).

4.   All conditions precedent to filing this lawsuit have occurred, have been performed, or were otherwise waived.

## THE PARTIES

5.   Nautilus is an Arizona corporation with its principal place of business in Arizona. Nautilus is a surplus lines insurer that issued a renewal insurance policy to Elite Protection that includes an Assault Or Battery Limited Liability Coverage endorsement, among others.

6.   Elite Protection is a limited liability company formed in Florida with its principal place of business in Miami, Florida. The member of Elite Protection is a citizen of Florida; more specifically, David Holcombe is domiciled in Florida. Nautilus does not have knowledge of any other members of Elite Protection.

7.   Billy Bourciquot was a citizen of Florida and an employee of Elite Protection. Bourciquot criminally battered Eduardo A. Gonzalez Gotera and seeks coverage for the lawsuit under Elite Protection's policy with Nautilus.

8.   Eduardo A. Gonzalez Gotera was a citizen of Florida. Gotera sued Elite Protection and Bourciquot for injuries from his attack.

## THE UNDERLYING LAWSUIT

9.   On July 29, 2016, Gotera filed suit against Elite Protection and Bourciquot, among others.

10.  According to the operative complaint, Elite Protection "was contracted and/or hired by Rubi Lounge to provide security on or about the premises." (A copy of the second amended complaint is attached as Exhibit "A," ¶6.)

11. Gotera was a patron at Rubi Lounge on June 18, 2016. (Ex. A, ¶9.) While he was at the lounge, "Bourciquot committed a felony battery against [Gotera]" and seriously injured him. (*Id.* at ¶9, ¶82.)

12. Count I is for Assault and Battery against Bourciquot for intentionally attacking and battering Gotera. (*Id.* at ¶14-19.) Count XI is for punitive damages against Bourciquot for attacking and battering Gotera "in a grossly negligent manner and/or in an intentional and malicious manner." (*Id.* at ¶81-90.)

13. Count II is for vicarious liability against Elite Protection. (*Id.* at ¶20-27.) Count III is for negligent hiring or retention of Bourciquot against Elite Protection. (*Id.* at ¶28-33.) Count IV is for negligent security against Elite Protection. (*Id.* at ¶34-40.)

14. Nautilus is defending Elite Protection and Bourciquot against the allegations in the lawsuit under a complete reservation of rights.

## THE CRIMINAL CONVICTION

15. Bourciquot was arrested and charged with felony battery for beating Gotera.

16. On October 3, 2019, Bourciquot pled guilty to the crime of Felony Battery under Florida Statute § 784.041, and was adjudicated guilty. (A copy of Bourciquot's Final Judgment of Guilt is attached as Exhibit "B.")

17. Under Florida Statute § 784.041, "[a] person commits felony battery if he or she: (a) Actually and intentionally touches or strikes another person against the will of the other; and (b) Causes great bodily harm, permanent disability, or permanent disfigurement."

## THE NAUTILUS POLICY

18. Nautilus is a surplus lines insurer.[1]

19. Elite Protection purchased a commercial general liability policy from Nautilus, bearing Policy Number NN578198 and effective from 10/20/2015 to 10/20/2016. (A copy of the policy is attached as Exhibit "C.")

20. Under the Insuring Agreement, there is coverage only for bodily injury that is "caused by an 'occurrence ….'" (*See* Form CG 00 01 12 04 at 1/15.) In turn, an "occurrence" is defined in pertinent part as an "accident." (*Id.* at 14/15.)

21. The policy includes an Assault or Battery Limited Liability Coverage Endorsement. (*See* Form L100 (04/11).) Under the endorsement, an exclusion is added to the policy for any claim involving an assault or battery. (*Id.*) Under the endorsement, the Insuring Agreement was modified to add coverage on a limited basis for claims involving an assault or battery. (*Id.*) In pertinent part, the endorsement provides:

### ASSAULT OR BATTERY LIMITED LIABILITY COVERAGE

**This endorsement modifies insurance provided under the following:**
**COMMERCIAL GENERAL LIABILITY COVERAGE**

**SCHEDULE**
**LIMITS OF INSURANCE**

| | |
|---|---|
| Assault or Battery Liability Each Event Limit | $50,000 |
| Assault or Battery Liability Aggregate Limit | $100,000 |

**Premium**

| | |
|---|---|
| Assault or Battery Liability Premium | $606 |

A. Except as provided by this endorsement, the following is **added** to **2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage**

---

[1] Surplus lines insurance is a type of insurance available when, due to the nature and severity of the risk, an insured cannot obtain coverage from insurers authorized to do business in the state. *See Essex Ins. Co. v. Zota*, 985 So. 2d 1036, 1040 n.2 (Fla. 2008). Elite Protection could not obtain insurance through the admitted market so as a last resort it purchased an insurance policy from Nautilus in the surplus lines market. *See Raven Envtl. Restoration Servs., LLC v. United Nat'l Ins. Co.*, 489 F. Supp. 3d 1372, 1376 (S.D. Fla. 2020) (noting a surplus lines insurer often has "more restrictive terms or exclusions on its policies.").

**B - Personal And Advertising Injury Liability**, and **Coverage C - Medical Payments**:

Regardless of culpability or intent of any person, this insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of

1. Actual or alleged assault or battery;

2. Physical altercation; or

3. Any act or omission in connection with the prevention or suppression of such acts, including the alleged failure to provide adequate security.

This exclusion applies regardless of whether such actual or alleged damages are caused by any:

1. Insured;

2. "Employee";

3. Patron; or

4. Any other person; and

whether or not such damages occurred at any premises owned or occupied by any insured.

This exclusion applies to:

1. All causes of action arising out of any assault or battery, or out of a physical altercation including, but not limited to, allegations of negligent hiring, placement, training, or supervision, or to any act, error, or omission relating to such an assault or battery, or physical altercation.

2. Any claims or "suits" brought by any other person, firm or organization asserting rights derived from, contingent upon, or arising out of an assault or battery, or a physical altercation; and specifically excludes from coverage claims or "suits" for:

   a. Emotional distress for loss of society, services, consortium or income; or

   b. Reimbursement for expenses including, but not limited to, medical expenses, hospital expenses, or wages paid, by such other person, firm or organization; or

3. Any obligation to share damages with or repay someone who must pay damages because of the injury.

We will have no duty to defend or indemnify any insured in any action or proceeding alleging damages arising out of any assault or battery, or physical altercation.

B. In return for the payment of the premium shown in the Schedule and subject to all the terms of this Coverage Part, we will provide you insurance for Assault or Battery Liability, but only as indicated in this endorsement and subject to the liability limits and provisions as set forth in this endorsement. The Limits of Insurance shown in the Schedule are the only Limits of Insurance available to any insured under this Coverage Part, to which this insurance applies.

C. The following is **added** to **1.a. Insuring Agreement** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to any person arising out of assault or battery that takes place in the "coverage territory" and occurs during the policy period. We will have the right and duty to defend an insured against any "suit" seeking those damages. However, we will have no duty to defend any insured against any "suit" seeking damages for "bodily injury" or "property damage", to which this insurance does not apply. We may, at our discretion, investigate any "event" and settle any claim or "suit" that may result. But:

1. The amount we will pay for damages is limited as described in **H.** and **I.** below; and

2. Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements of any claim or "suit" against any insured.

D. The following exclusions are **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

1. Liability of others assumed, by you under any contract or agreement, either oral or in writing, unless specifically endorsed hereon;

2. "Bodily injury" arising out of assault or battery to:

    a. "Employees", "leased workers", "temporary workers" "volunteer workers", statutory "employees", casual workers, seasonal workers, contractors, subcontractors, or independent contractors of any insured; or

    b. Any insured's contractors', subcontractors', or independent contractors' "employees", "leased workers", "temporary workers "volunteer workers statutory "employees", casual workers, seasonal workers, contractors, subcontractors, or independent contractors

    arising out of and in the course of:

    (1) Employment by any insured; or

    (2) Directly or indirectly performing duties related to the conduct of any insured's business; or

    c. The spouse, child, parent, brother or sister of that "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, seasonal worker, contractor, subcontractor, or independent contractor arising out of **D.2.a.** or **b.** above.

    This exclusion applies.

    a. Regardless of where the:

        (1) Services are performed; or

        (2) "Bodily injury" occurs; and

    **b.** Whether any insured may be liable as an employer or in any other capacity; and

    **c.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

  **3.** Any loss or claim either directly or indirectly arising from your activities as an officer or director of any corporation, company or business other than that of the Named Insured.

**E.** With respect to the insurance provided by this endorsement, exclusion **a. Expected or Intended Injury** of **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to the extension of coverage for assault or battery provided by this endorsement.

**F.** With respect to the insurance provided by this endorsement, the following **replaces 1.g.** of **Section I - Supplementary Payments - Coverage A And B**:

  **g.** We will pay, in addition to the applicable Limit of Insurance for damages, all interest on that part of any judgment payable by us that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment.

**G.** With respect to the insurance provided by this endorsement, the following is **added** to **Section II - Who Is An Insured**:

The following is also an insured:

Your "employees," but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However none of these "employees" is an insured for assault or battery:

  **1.** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

  **2.** To the spouse, child, parent, brother or sister of that co-"employee" arising out of **G.1.** above;

  **3.** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in **G.1.** or **2.** above; or

  **4.** Arising out of his or her providing or failing to provide professional health care services.

**H.** The following is **added** to **Section III - Limits Of Insurance**:

  **1. Assault or Battery Liability Each Event Limit**

Subject to the Assault or Battery Liability Aggregate Limit shown in the Schedule, the Assault or Battery Liability Each Event Limit shown in the Schedule is the most we will pay for the sum of all "bodily injury" or "property damage" because of assault or battery arising out of any one "event".

    **2. Assault or Battery Liability Aggregate Limit**

        The Assault or Battery Liability Aggregate Limit shown in the Schedule is the most we will pay for all "bodily injury" or "property damage" because of assault or battery.

**I.** Paragraphs **2.**, **3.** and **5.** of **Section III - Limits Of Insurance** are **amended** to read as follows:

  **2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under **Coverage C**;

    **b.** Damages under **Coverage A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

    **c.** Damages under **Coverage B**; and

    **d.** Damages under the Assault or Battery Limited Liability Coverage.

  **3.** The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **A**; and

    **b.** Damages under the Assault or Battery Limited Liability Coverage

  because of "bodily injury" or "property damage" included in the "products-completed operations hazard"

  **5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** damages under Coverage **A;** and

    **b.** Medical expenses under Coverage **C**

  because of all "bodily injury" and "property damage" arising out of any one "occurrence"; and

    **c.** Damages because of all "bodily injury" and "property damage" arising out of any one assault or battery "event".

**J.** The following condition is **added** to **4. Other Insurance** of **Section IV - Commercial General Liability Conditions:**

If other valid and collectible insurance is available to any insured for a loss we cover under this endorsement, this insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis.

**K.** The following definition is **added** to the **Definitions** section:

"Event" means one or more acts of assault or battery taking place in any one 24 hour period.

22. The policy includes an Exclusion – Punitive or Exemplary Damages Endorsement, which provides that there is no coverage for "punitive or exemplary damages." (*See* Form L217 (06/07).)

## NAUTILUS'S REPEATED TENDERS OF THE LIMIT

23. Nautilus has been attempting to expeditiously resolve this matter since the outset.

24. On October 6, 2016, Nautilus tendered the policy's full limit of $50,000 under the Assault or Battery Limited Liability Coverage Endorsement to Gotera.

25. Gotera refused to accept.

26. Since then, Nautilus has continued to tender the limit.

27. Gotera refuses to accept.

## COUNT I – ASSAULT OR BATTERY LIMITED LIABILITY COVERAGE ENDORSEMENT

28. Nautilus incorporates Paragraphs 1 through 27.

29. The policy's Assault or Battery Limited Liability Coverage Endorsement applies to all the claims asserted by Gotera in the underlying lawsuit.

30. Accordingly, Nautilus has no duty to pay any damages against Elite Protection or Bourciquot beyond the Assault or Battery Limited Liability Endorsement limit of $50,000.

## COUNT II – PUNITIVE OR EXEMPLARY DAMAGES ENDORSEMENT

31. Nautilus incorporates Paragraphs 1 through 27.

32. The policy's Exclusion – Punitive or Exemplary Damages Endorsement applies to any claim for punitive damages by Gotera in the underlying lawsuit.

33. Accordingly Nautilus has no duty to pay any damages for punitive or exemplary damages.

## COUNT III – PUBLIC POLICY

34. Nautilus incorporates Paragraphs 1 through 27.

35. Bourciquot pled guilty and was adjudicated guilty of Felony Battery under Florida Statute § 784.041.

36. To the extent coverage for criminal conduct is against public policy, Nautilus accordingly has no duty to indemnify Bourciquot.

## REQUESTED RELIEF

Nautilus requests that this Court:

a. Take jurisdiction and adjudicate the rights of the parties under the Nautilus insurance policy;

b. Declare Nautilus has no responsibility for any damages in the underlying lawsuit beyond the policy's Assault or Battery Limited Liability Coverage Endorsement;

c. Declare Nautilus has no responsibility for any punitive or exemplary damages that are awarded in the underlying lawsuit.

d. Alternatively, as to Bourciquot only, declare that coverage for criminal conduct is against public policy;

e. Award Nautilus all costs incurred to prosecute this action; and

f. Award any and all other relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/SINA BAHADORAN
**SINA BAHADORAN**
Florida Bar No. 523364
Sina.Bahadoran@clydeco.us
**AARON WARREN**
Florida Bar No. 96162
Aaron.Warren@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131